AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Alex Downs )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 1:13-cv-995-LY
Premiere Property Management LLC, Martin L. Shore )
Living Trust DTD 1, and Martin L. Shore Individually )
)
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Martin L. Shore Individually
1001 Bridgeway PMB 170
Sausalito, California 94965

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas B. Welmaker
Dunham & Jones, P.C.
1800 Guadalupe St.
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki
*CLERK OF COURT*

Date: January 13, 2014                                   *Deanna Mussie*
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-995-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Helen Lupercio__, who is designated by law to accept service of process on behalf of *(name of organization)* __Martin L. Shores__ on *(date)* __01/14/2014 at 4:30 pm__

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: By serving the Texas Secretary of State pursuant to the Texas Long Arm Jurisdiction Statutes, Texas Civil Practice and Remedies Code Sec. 17.041 et seq.

My fees are $ __0__ for travel and $ __100__ for services, for a total of $ __100__.

I declare under penalty of perjury that this information is true.

Date: __01/14/2014__

_____
Server's signature

__Courtney Outlaw SCH 9877 EXP 8/31/15__
Printed name and title

__4100 Ed Bluestein Blvd #201__
__Austin, TX  78721__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Alex Downs <br><br> *Plaintiff(s)* <br><br> v. <br><br> Premiere Property Management LLC, Martin L. Shore Living Trust DTD 1, and Martin L. Shore Individually <br><br> *Defendant(s)* | Civil Action No. 1:13-cv-995-LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Martin L. Shore Living Trust DTD 1
1001 Bridgeway PMB 170
Sausalito, California 94965

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas B. Welmaker
Dunham & Jones, P.C.
1800 Guadalupe St.
Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki
*CLERK OF COURT*

Date: January 13, 2014

Deanna Mussie

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-985-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Helen Lupercio__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Martin L. Shore Living Trust DTD 1__ on *(date)* 01/14/2014 at 4:30pm

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: By serving the Texas Secretary of State pursuant to the Texas Long Arm Jurisdiction Statutes, Texas Civil Practice and Remedies Code Sec. 17.041 et seq.

My fees are $ __0__ for travel and $ __100__ for services, for a total of $ __100__ .

I declare under penalty of perjury that this information is true.

Date: 01/14/2014

_Courtney Outlaw_
Server's signature

Courtney Outlaw SCH 9877 EXP 8/31/15
Printed name and title

4100 Ed Bluestein Blvd Ste 201
Austin, TX 78721
Server's address

Additional information regarding attempted service, etc: