IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

*FILED*
*2014 MAY 12 PM 1: 53*
*CLERK US DISTRICT COURT*
*WESTERN DISTRICT OF TEXAS*
*BY _____ g*
*DEPUTY*

| | | |
|---|---|---|
| ALEX DOWNS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-13-CV-995-LY |
| | § | |
| PREMIER PROPERTY | § | |
| MANAGEMENT, LLC, | § | |
| MARTIN L. SHORE LIVING TRUST | § | |
| DDT 1 AND MARTIN L. SHORE, | § | |
| INDIVIDUALLY, | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is Plaintiff Alex Downs's Notice

of Dismissal with Prejudice filed May 7, 2014 (Clerk's Document No. 12).  The notice informs the

court that Defendants have yet to file an answer of motion for summary judgment.  Downs seeks to

dismiss all claims alleged in this action with prejudice.  As nothing remains in this action for the

court to resolve, the court renders the following final judgment pursuant to Federal Rule of Civil

Procedure 58.

**IT IS ORDERED** that all claims alleged by Plaintiff Alex Downs in this action are

**DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of May, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE